■

S. ROBERT SCHERER, Respondent, v. CHARLES GOGEL, Appellant.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

■

ASSOCIATED WRECKERS INC., Respondent, v. IRVING GOLDSTEIN, Doing Business as STATE WRECKING & SALVAGE COMPANY, Appellant.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

■

SAMUEL KORENBLIT, Respondent, v. ANGLO-FRENCH LABORATORIES INC. et al., Appellants.— No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

■

LEO WEINBERG, Respondent, v. IRVING KOEPPEL, Appellant.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

■

PING WEN TSOU et al., Respondents, v. ZUI TU TSANG, Appellant.— Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *post*, p. 1052.]

■

SOLOMON STRAUZER, an Infant, by HYMAN STRAUZER, His Guardian ad Litem, et al., Plaintiffs, v. FREMONT RUBBER COMPANY et al., Defendants. (Action No. 1.) JACK MARGOLIN, an Infant, by GABRIEL MARGOLIN, His Guardian ad Litem, et al., Respondents, v. FREMONT RUBBER COMPANY et al., Appellants. (Action No. 2.) — Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

■

CLARA SVERD, Respondent, v. SAMUEL MOSTEL, Appellant.—

No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

STRATFORD CREDIT CORPORATION v. BARNET POPKIN et al.— Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 780.]

ANTONIO MALTESE v. DAVID DUBINSKY, Individually and as President-Secretary of International Ladies' Garment Workers' Union, et al.— Present — Peck, P. J., Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 863.]

HERBERT ROBERTS v. VOGUE FOUNDATIONS, INC.— Present — Peck, P. J., Dore, Cohn and Shientag, JJ. [See *ante,* p. 867.]

In the Matter of JOSEPH A. MANNING et al., Respondents, against LAZARUS JOSEPH, as Comptroller of the City of New York, Appellant.— Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 787.]

EDWARD RAGER v. JOHN J. MCCLOSKEY, Individually and as Sheriff of the City of New York, et al.— Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [See *ante,* p. 784.]

WILLIAM L. CROW CONSTRUCTION COMPANY, Respondent, v. NEWSPAPER REALTY CORP., Appellant; R. & R. WRECKING CO., INC., et al., Respondents, et al., Defendants.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 849.]

BENLEE SPORTING GOODS MFG. CO., INC., v. DAVID S. GOLDHIRSCH.— Present — Peck, P. J., Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 863.]

In the Matter of PAUL SCHOENSTEIN, as Chairman of the Tenants Committee of Tenants of 210 West 78th Street, New York, Respondent, against JOSEPH D. MCGOLDRICK, as State Rent Administrator, Respondent, and PEMA REALTY CO., INC., Intervener, Appellant.— Present — Peck, P. J., Dore, Cohn and Shientag, JJ. [See *ante,* p. 395.]